[No. 27404-7-III.   Division Three.   October 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LYNDSEY BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50417-5, Carrie L. Runge, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.

[No. 27427-6-III.   Division Three.   October 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR A. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00630-9, Craig J. Matheson, J., entered July 16, 2008. *Dismissed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27756-9-III.   Division Three.   October 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER E. BOSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01097-1, Salvatore F. Cozza, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.

[No. 61638-2-I.   Division One.   November 2, 2009.]

*In the Matter of the Marriage of* TERESA W. FARMER, *Respondent*, and DANIEL J. FARMER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 04-3-00086-4, Vickie I. Churchill, J., entered April 14, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Appelwick and Dwyer, JJ.